

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00320-CR
No. 02-19-00321-CR
No. 02-19-00322-CR

_____

DERRICK RESHORD WALTON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 431st District Court
Denton County, Texas
Trial Court Nos. F17-2958-431, F17-2959-431, F17-2960-431

---

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

On August 26, 2019, Derrick Reshord Walton filed a notice of appeal from the trial court's orders finding his bonds insufficient in three pending cases. This is not the first time that Walton has attempted to appeal these very issues regarding these same cases. *See Walton v. State*, Nos. 02-18-00396-CR, 02-18-00397-CR, 02-18-00398-CR, 2018 WL 6424242, at *1 (Tex. App.—Fort Worth Dec. 6, 2018, no pet.) (dismissing Walton's notice of appeal aimed at challenging the trial court's verbal denial of his attempts to reduce bail in the same three cases he now appeals and dismissing the appeals for want of jurisdiction).

On September 4, 2019, we sent Walton a letter explaining our concern that we lack jurisdiction over these appeals because the trial court has not entered any appealable orders. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (holding that courts of appeals lack jurisdiction to hear interlocutory appeals of pretrial orders regarding excessive bail or denial of bail). Between October 7 and 15, 2019, Walton responded three times to this court's letter. Rather than showing that the trial court had entered any appealable orders, Walton argued that his bail is oppressive, that his court-appointed attorney is ineffective, and that he is being illegally detained. He has also requested preparation of both the clerk's and reporter's records. Because Walton has not demonstrated that we have jurisdiction over these appeals, we dismiss them for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 31, 2019